# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 NOV -3 P 4: 02
CLERK_____
S.D. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| TYRONE DAVIS | : | NO. CR592-029-12<br>(NO. CV599-070) |

### O R D E R

In 1993, a jury convicted Davis of conspiracy to distribute crack cocaine. Davis is currently serving a thirty year prison sentence for this offense at the federal penitentiary in Marion, Illinois. Presently before the Court is Davis' motion for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and United States v. Booker, 125 S.Ct. 738 (2005).

Contrary to Davis' arguments, Booker is not a "clarifying amendment" under the United States Sentencing Guidelines, and it does not apply retroactively on collateral review. See U.S. Sentencing Guidelines Manual § 1B1.11(b)(2); In re Anderson, 396 F.3d 1336, 1340 (11th Cir. 2005). As a result, Davis'

AO 72A
(Rev. 8/82)

motion for a reduction in his sentence must be **DENIED**. <u>See</u> Doc. No. 864.

   **SO ORDERED**, this ____3____ day of November, 2005.

                              _____/s/ Anthony A. Alaimo_____
                              JUDGE, UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)