AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. ----
BRUNS----
2009 JAN 16 AM 11: 28
CLERK _____
SO. DIST. OF GA.

UNITED STATES OF AMERICA

vs.                                          CASE NUMBER.: CR592-29

TYRONE DAVIS

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendant Davis' Motion Requesting the Court to Dismiss his Juvenile Priors is **DISMISSED**.

**SO ORDERED**, this 14 day of January, 2009.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA